IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

                Plaintiff,

v.

JAMES R. SCHWOCHERT,

                Defendant.

ORDER

14-cv-194-jdp

In this case, pro se plaintiff Terrance Grissom, a prisoner currently incarcerated at the Columbia Correctional Institution, is proceeding on a claim that defendant James Schwochert failed to protect him from the threat of assault while plaintiff was incarcerated at the Waupun Correctional Institution. In a March 13, 2015 order, I gave plaintiff a final chance to submit the $0.03 initial partial payment he was ordered to pay on July 28, 2014. Dkt. 19. It is now well past plaintiff's March 26 deadline, and he has not paid the $0.03 initial partial payment or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment and close this case.

Entered May 8, 2015.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge