IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

JAMES R. SCHWOCHERT and
EDWARD WALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-194-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 5/8/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |